# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**BENJAMIN AHERN,**

      **Plaintiff**

      **V.**                **CASE NUMBER: 5:01-CV-577**

**SEAN GOODEVE, and PAUL HANLEY,**
*individually and in their official capacities
as Syracuse Police Officers in and for
the City of Syracuse,*

      **Defendants**



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 24 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants Sean Goodeve and Paul Hanley for no cause of action.

April 24, 2006           **LAWRENCE K. BAERMAN**

_____           _____
DATE           CLERK

      BY: _____
      Terry J. Mitchell
      Deputy Clerk